IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER AZILLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | NO. 13-5446 |

ORDER

AND NOW, this 21st day of April, 2013, upon consideration of Peter Azille's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (docket entry # 1), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (docket entry # 4), to which Azille has not filed objections within the time that Loc. R. Civ. P. 72.1 IV(b) prescribes, and the Court finding that in Judge Sitarski's well-reasoned Report and Recommendation she properly examined all issues of fact and law relevant to the disposition of Azille's petition, it is hereby ORDERED that:

1. The Report and Recommendation (docket entry # 4) is APPROVED and ADOPTED;

2. Azille's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (docket entry # 1) is DENIED;

3. Azille having failed to make a substantial showing of the denial of a constitutional right, we decline to issue a certificate of appealability; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>